In re Broyard, Larry A.; — Plaintiff; Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. E, No. 349-922; to the Court of Appeal, Fourth Circuit, No. 2010-K-1068.
 

 Denied. La.C.Cr.P. art. 930.8;
 
 State ex rel. Glover v. State,
 
 93-2330 (La.9/5/95), 660 So.2d 1189; La.C.Cr.P. art. 930.3;
 
 State ex rel. Melinie v. State,
 
 93-1380 (La.1/12/96), 665 So.2d 1172;
 
 State v. Cotton,
 
 09-2397 (La.10/15/10), 45 So.3d 1030; cf. La.C.Cr.P. art. 930.4(D).